IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS KANSAS, ALEJANDRO RANGEL-LOPEZ, <br><br> Plaintiffs, <br><br> vs. <br><br> DEBORAH COX, FORD COUNTY CLERK, in her official capacity, <br><br> Defendant. | Civil Action No.: |

## PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER

Come now League of United Latin American Citizens of Kansas and Alejandro Rangel-Lopez, and move the Court for a Temporary Restraining Order in this proceeding. Plaintiffs state the following in support of their Motion:

Dodge City, the county seat of Ford County, Kansas, has subsisted on a single polling location at the Civic Center for two decades. Because the polling location serves 13,136 registered voters, long lines are common but the location is generally accessible to voters with limited mobility and inadequate transportation. Last month, Ford County Clerk Deborah Cox unilaterally decided to move the city's sole voting location to the Western Bank Expo Center, located a mile *outside* of the city. In other words, the polling location for the City of Dodge City for the election to be held on November 6 is not even located in the City.

The Expo Center is, in Cox's own words, "not a convenient location." The site is not accessible by public transportation, is on average two times further away from Dodge City's largest employers than the Civic Center, and requires voters to cross railway tracks that are often blocked by passing trains for 15-20 minutes during common voting times. Limiting Dodge City to a single inaccessible polling location outside of town imposes a substantial burden on all voters. However, restricting voting to the Expo Center will particularly and disproportionately impact the rights of low income, disabled, elderly, and Hispanic voters. Despite acknowledging that moving the polling site would create a significant burden, Defendant has not proffered a reasonable justification for moving the polling location, much less a justification that would withstand constitutional scrutiny.

In a notice mailed to voters, Defendant cited construction near the Civic Center as the reason for changing the location. More specifically Cox noted her concerns that the construction would threaten voter safety. However, the planned construction was never going to obstruct access to the Civic Center and the city is hosting a number of public events in the building during the same week as the election. Even if the Civic Center *were* inaccessible due to construction, Defendant has dozens of alternative polling locations available in the city, including any of the Dodge City School District's buildings which Superintendent Dierksen has pledged to make available for voting. Defendant has created a baseless burden for thousands of Dodge City voters, and a burden that is disproportionately and discriminatorily impactful on low income, elderly, disabled, and Hispanic voters.

As such, Plaintiffs urgently file this request for a temporary restraining order ("TRO"). A TRO holding is necessary to ensure that the thousands of voters burdened by the single, inaccessible polling location at the Expo Center have access to in-person voting in Dodge City

on Election Day.  A TRO requiring Defendant to reopen the polling location at the Civic Center will ensure voters have the opportunity to cast a ballot on Election Day. Opening a polling location at the Civic Center would also help avert voter confusion since many registrants received a notice from Defendant directing them to vote at the Civic Center on November 6th.

Counsel certifies that Plaintiffs immediately served a copy of the Complaint, Plaintiffs' Motion for a Temporary Restraining Order, and accompanying Memorandum of Law on Defendant.  Copies will also be immediately emailed to county counsel as soon as they are identified.

For these reasons, Plaintiffs request that this Court enter an immediate temporary restraining order enjoining the Ford County Clerk to reopen the polling location at the Civic Center or in a building within the city and notify all registered voters via mail that they can vote at either the Expo Center or the new location.

Respectfully submitted,
This 26th of October, 2018

/s/ Lauren Bonds_____
Lauren Bonds, KS Sup. Ct. No. 27807
Zal Kotval Shroff KS Sup. Ct. No. 28013
ACLU FOUNDATION OF KANSAS
6701 W. 64th St., Suite 210
Overland Park, KS 66202
Phone: (913) 490-4110
Fax: (913) 490-4119
lbonds@aclukansas.org
zshroff@aclukansas.org

ATTORNEYS FOR THE PLAINTIFFS

CERTIFICATE OF SERVICE

      I hereby certify that on October 26, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. On that date, I also served a copy of the Complaint, Plaintiffs' Motion for a Temporary Restraining Order, and accompanying Memorandum of Law on the Ford County Clerk's Office. Copies will also be e-mailed to the law firm who may represent Defendant in this instant matter.

Date: October 26, 2018

      /s/ Zal Shroff_____