Case 2:18-cv-02572-DDC-TJJ   Document 5-1   Filed 10/26/18   Page 1 of 3



# Dodge City and Ford County
# Retail and Business Development Guide



*Dodge City...* Old West, New Excitement! Come join our success!

www.dodgedev.org   |   620-227-9501

Dodge City and Ford County

# Industrial Impact

## Top Employers

| Employer (100+ Employees) | Product/Service | Employees |
|---|---|---|
| National Beef | Processed Beef | 2,950 |
| Cargill Meat Solutions | Processed Beef | 2,350 |
| Unified School District #443 | Education | 1,292 |
| Walmart Super Center | Retail Sales | 400 |
| Western Plains Medical Complex | Health Care | 295 |
| Boot Hill Casino & Resort | Casino | 288 |
| Dodge City Community College | Education | 284 |
| Ford County Government Center | Public Service | 263 |
| City of Dodge City | Public Service | 238 |
| CrustBuster/Speed King, Inc. | Manufacturing | 150 |
| Dillons Super Store | Grocery Store | 140 |
| Dodge City Medical Center | Health Care | 125 |
| Kansas Soldiers Home | Veterans Home | 115 |
| Arrowhead West, Inc. | Special Education | 101 |

Dodge City's unemployment rate is consistently well below state and national averages, providing a stable work environment for the community. Dodge City and Ford County's industries have increasingly diversified from its traditionally agricultural roots—two large meat processors in Dodge City produce approximately 25% of the nation's beef. A number of companies within the energy, chemical, medical device, weapons manufacturing, and tourism fields are located in Dodge City. Since 2006, the wind industry has opened four farms and at least three more farms are planned for the area. Dodge City has two industrial parks and is actively recruiting new industries and workers to the area.



**25%**
OF THE NATION'S BEEF IS PRODUCED HERE.

## Recent Expansions/New Companies

| Project | Investment | Jobs Created |
|---|---|---|
| Crust Buster/SpeedKing | $2 Million Expansion | 70 new jobs will be created |
| Roto Mix | $12 Million Expansion | 10 new jobs will be created |
| Curtis Machine | $4 Million Expansion | 39 new jobs will be created |
| Cargill Meat Solutions | $50 Million Expansion | N/A |
| Four New Wind Farms | N/A | N/A |
| ITC – Two Transmission Projects | N/A | N/A |
| Right Coop | $3.5 Million Expansion | 2 new jobs will be created |
| Koch Industries | $14 Million Expansion | 20 new jobs will be created |
| Kenworth | $3.5 Million Expansion | 31 new jobs will be created |

RETAIL AND BUSINESS DEVELOPMENT GUIDE





www.dodgedev.org

P.O. Box 818
311 W. Spruce St.
Dodge City, KS 67801

Phone: 620-227-9501
Toll Free: 800-381-3690
Fax: 620-338-8734