**Distance Between Top 5 Major Employers and Civic and Expo Centers**

| Distance | Civic Center | Expo Center |
|---|---|---|
| National Beef | 3.3 | 4.1 |
| Cargill Meat Solutions | 5.3 | 5.2 |
| Walmart Super Center | 1.5 | 4.2 |
| Boot Hill Casino | 3.4 | 5.7 |
| West Plain Medical | 1.4 | 8.6 |
| Average | 2.98 | 5.56 |

National Beef to Civic Center:



National Beef to Expo Center:



Cargill to Civic Center:



Cargill to Expo Center:



Walmart to Civic Center:



Walmart to Expo Center:



Boot Hill to Civic Center:



Boot Hill to Expo Center:



4

West Medical to Civic Center:



West Medical to Expo Center:

