**CITY OF DODGE CITY**

# ADA PARATRANSIT BUS SERVICE:
## IMPLEMENTATION PLAN

**Dodge City Public Transportation**
**January 2016**

## Population Served (Dodge City and Ford County)

Population characteristics which are relevant to Public Transportation in Dodge City and Ford County[3] include:

| | |
|---|---|
| Households | 8,369 |
| Households with No Vehicle | 800 |
| Households with One Vehicle | 2,593 |
| Individuals below Poverty Level | 4,922 |
| Population (Ford County) | 33,848 |
| Population 65+ (Ford County) | 3,377 |
| Age ≥18 with Independent Living Difficulty (Ford County) | 1,147 |

An analysis[4] of the population served by the three fixed routes shows that 19,867 people (72% of the population) live within ¼ mile of a fixed route bus stop in Dodge City (see Figure 2).

## ADA Accessible Vehicles in Fixed Route Service

There are four (4) 20 passenger buses utilized in the three fixed routes. All of them (100%) are ADA accessible with wheelchair lifts, and all drivers are trained and proficient in wheelchair securement and providing assistance to passengers with disabilities.

---

[3] All data is from the American Community Survey, 2006-2010 5 year estimates prepared by the U.S. Census Bureau, 2011.
[4] Prepared by Cory Davis, Planner, Kansas Department of Transportation. The Yellow Route referred to in Figure 2 is the same as Green Route in Figure 1.

residents. We extended our service area in 2011 to include the Kansas State Soldiers home (aka Ft. Dodge), and they now make up a significant percentage of the rides we provide outside the city limits of Dodge City.

Since none of these agencies provides service to the general community, there is no data on service area, response time, fares, restrictions on trip purpose, hours and days of service, capacity constraints, and paratransit eligibility.

# Plan to Provide
# ADA Complementary Paratransit

### Estimated Demand for Paratransit Service

There are many challenges in estimating demand for paratransit service, including availability of good census data at the city level. Frequently it is necessary to use Ford County data because Dodge City census data is not available. However, because 82% of Ford County residents reside within Dodge City, we'll use Ford County data as generally representative of city-level data. Utilizing the TCRP methodology for forecasting demand and quantifying need for rural passenger transportation[5], Table 1 shows estimates of transit dependent populations in Ford County, only some of whom have disabilities. The 724 people with "go outside the home disability" are the most likely to be Paratransit eligible. Those age ≥60 might have or develop a temporary or permanent disability. We must keep in mind, though, that not all individuals with a disability, and not all persons ≥60 require Paratransit service.

**Table 1: Ford County Transit Dependent Populations**

| | |
|---|---|
| *Ford County Total Population* | *34,819* |
| Living in Households with NO VEHICLE | 1,915 |
| Income below Poverty Line | 5,253 |
| Age ≥60 | 4,664 |
| Age ≥16 with go outside home disability | 724 |
| **Total Projected to be Transit Dependent** | **12,556** |

Another, and perhaps better, source of data to forecast demand for Paratransit service is Dodge City's actual experience with those who have utilized the Demand Response service over the past several years. Prior to launching fixed route service, Dodge City had 969 individuals who were passengers in the NOVUS computer aided dispatching system. 75% of those are "General Public". 223 passengers (25%) are Elderly or Disabled. Those 969 passengers generated up to 2400 rides per month, but the 223 passengers who are elderly or disabled are the client base most likely to make use of Paratransit services. In April 2015 we provided 195 rides to persons with disabilities, and 435 rides to people who are ≥60. These existing Disabled and Elderly clients would

---

[5] Transit Cooperative Research Program (TCRP), Methods for Forecasting Demand and Quantifying Need for Rural Passenger Transportation.