# **DECLARATION OF**

1. My name is *Guillermo Marquez*. I am a resident of Dodge City, I am a registered voter, and I work at the *Cargill* meatpacking plant located at *Dodge City*.

2. Exercising the right to vote is important to me, but the realities of my work and home life make it very difficult. Because I do not own a car, I have to carpool to work. I work the first shift at the meatpacking plant from 6AM-2:30PM. Voting before work is therefore not an option for me. As soon as my shift ends, I need to return home and pick my children up from the local school in our neighborhood.

3. Dodge City has only one polling place. During the 2016 general election, I had to wait over an hour to vote. Even when I can borrow a car or get a ride to the polling location, I need to have someone at home to watch my children. This kind of wait time makes it that much more difficult to arrange transportation and childcare on election day.

4. If I didn't have to wait so long to vote, or another voting location opened to reduce the lines at Dodge City's only polling place, it would be significantly easier for me to cast my ballot.

5. I am aware that early voting is an option, but I do not hear much information before each election about how to vote early. I also feel more comfortable voting in person.

I declare under penalty of perjury that the forgoing is true and correct.

Executed on:

*Guillermo Marquez*
10-25-18

# DECLARATION OF

1. My name is Mary Pineda. I am a resident of Dodge City, I am a registered voter, and I work at the Cargill meatpacking plant located at Dodge City.

2. Exercising the right to vote is important to me, but the realities of my work and home life make it very difficult. Because I do not own a car, I have to carpool to work. I work the first shift at the meatpacking plant from 6AM-2:30PM. Voting before work is therefore not an option for me. As soon as my shift ends, I need to return home and pick my children up from the local school in our neighborhood.

3. Dodge City has only one polling place. During the 2016 general election, I had to wait over an hour to vote. Even when I can borrow a car or get a ride to the polling location, I need to have someone at home to watch my children. This kind of wait time makes it that much more difficult to arrange transportation and childcare on election day.

4. If I didn't have to wait so long to vote, or another voting location opened to reduce the lines at Dodge City's only polling place, it would be significantly easier for me to cast my ballot.

5. I am aware that early voting is an option, but I do not hear much information before each election about how to vote early. I also feel more comfortable voting in person.

I declare under penalty of perjury that the forgoing is true and correct.

Executed on:

Mary A. Pineda
10-25-18

**DECLARATION OF**

1. My name is _Jaymn G---_. I am a resident of Dodge City, I am a registered voter, and I work at the _Cargill_ meatpacking plant located at _Dodge City_.

2. Exercising the right to vote is important to me, but the realities of my work and home life make it very difficult. Because I do not own a car, I have to carpool to work. I work the first shift at the meatpacking plant from 6AM-2:30PM. Voting before work is therefore not an option for me. As soon as my shift ends, I need to return home and pick my children up from the local school in our neighborhood.

3. Dodge City has only one polling place. During the 2016 general election, I had to wait over an hour to vote. Even when I can borrow a car or get a ride to the polling location, I need to have someone at home to watch my children. This kind of wait time makes it that much more difficult to arrange transportation and childcare on election day.

4. If I didn't have to wait so long to vote, or another voting location opened to reduce the lines at Dodge City's only polling place, it would be significantly easier for me to cast my ballot.

5. I am aware that early voting is an option, but I do not hear much information before each election about how to vote early. I also feel more comfortable voting in person.

I declare under penalty of perjury that the forgoing is true and correct.

Executed on:

_[signature]_
10-25-18