# Dodge City Fixed Route Bus Schedule



## Fares

**Monthly Pass (unlimited rides)**
$30 - Adults
$15 - Youth (ages 6-18 with school ID)
$15 - Half-Fare Program

**Single ride (one way):**
$1 Adults
50¢ Youth (ages 6-18 with school ID)
50¢ Half-Fare Program

Children (5 and younger) - **Free** (with paying passenger over age 16)

Personal Care Attendants - **Free** (with paying passenger)

*Monthly passes must be presented along with Photo ID when boarding the bus. Monthly Passes are good only for the person to whom they were issued. Passes are not transferable to another person. No refunds or replacements.

FIRST COME FIRST SERVED. THIS PROJECT IS FUNDED IN PART BY THE KDOT PUBLIC TRANSPORTATION PROGRAM.

## Blue Route (Ruta Azul)

:04 Dodge City Public Library
:06 Boot Hill (Front Street)
:07 Wyatt Earp at 11th
:10 VFW Park (13th & Division)
:12 Spruce and La Salle
:13 Optimistic Park (Division at Overhill)
:15 Dodge House Hotel (west exit at Collar Ave.)
:17 28th & 27th Street
:22 Dodge City High School (Frontview)
:25 Dodge City Community College
:31 MIDPOINT TRANSFER Wal-Mart
:37 Ave K & Brier Street
:41 New Chance (Kirby Meat/Nendels)
:43 Presto Convience Store
:44 Ranchwood Estates
:46 Cargill
:51 National Beef
:00 Santa Fe Depot Transit Center

## Red Route (Ruta Roja)

:03 Spruce and Ave G (ALC)
:05 Military and Ave L
:07 Sundance Apt. (Ave K)
:09 SRS & DCF Offices (1509 Avenue P)
:13 VA Clinic/Social Security Office (Ave P & Hwy 50)
:20 St Joseph and Sue Dr.
:22 Western Plains Hospital
:24 Ross Blvd and Gary Street
:26 6th and Plains (Pedestrian Crossing)
:31 MIDPOINT TRANSFER Wal-Mart
:34 Dillons
:37 Dodge City Middle School
:40 Central Oaks
:42 DC Medical Center (Front Entrance)
:44 Lions Park (Mulberry/3rd Ave)
:46 6th Ave. and Hickory
:49 Dodge City Public Library
:52 El Capitan
:00 Santa Fe Depot Transit Center

## Green Route (Ruta Verde)

:05 Poplar St. and Farrow Park
:07 Dollar Tree and Market Street
:10 202 E. McArtor
:12 South High Rise (401 Longbranch)
:14 Beeson Street and Harris Street
:19 Lazy Acres
:25 All 4 Fun and Park Shop
:31 MIDPOINT TRANSFER Wal-Mart
:33 Dodge City Community College
:36 Plains and 14th
:39 North High Rise (407 E. Bend)
:42 Village Square Mall
:44 Hennessey Hall (240 San Jose)
:46 Ave A and Comanche (Farmers Country Market)
:48 Ave G and Mulberry (Kiwanis Park)
:50 Salvation Army (1100 Ave E)
:52 Ave B and Vine
:00 Santa Fe Depot Transit Center

For questions please contact: Transportation Manager • 620-225-8119 • publictransportation@dodgecity.org

# Dodge City Public Transit

## "We get you to where you need to go"



**Map, Schedule, and Information**

Effective January 2017

---

## Historic Santa Fe Depot Transit Center

**Hours and Operation**
Monday through Friday
6:00 am – 6:00 pm

Phone Number: 620-225-8119
Fax Number: 620-225-8159

Mailing Address:
Dodge City Public Transportation
P.O. Box 880
Dodge City, KS 67801

Office Address:
Santa Fe Depot Transit Center
101 E. Wyatt Earp
Dodge City, KS 67801

**Bus Stops**
The D-TRAN buses will stop at designated bus stops only if passengers are waiting at the stops. It is recommended that you arrive at the bus stop 10 minutes early to ensure you do not miss the bus. Buses will not come back for you.

---

## "Everybody Rides With Us"



Visit popular destinations including:

Historic Downtown District
Shopping & Entertainment
Employment
Education
Boot Hill Museum
Grocery Stores
Medical Facilities
Social Service Agencies
Post Office
City/County Offices
City Parks & Recreational Facilities
Boot Hill Casino & Resort
United Wireless Arena

---

## Bus Policies & Guidelines

Complete ridership policies and guidelines are available at the Santa Fe Depot Transit Center, on the D-TRAN buses, or you may download them at: dodgecity.org/publictransportation

### Bus Rules:
- Passengers are responsible for all personal belongings. Drivers are not permitted to assist passengers with loading or unloading packages.
- Only packages that will fit under your seat and out of the aisle are permitted.
- Due to time limitations, please transport only what you are able to carry on or off the bus in one trip.
- Inappropriate conduct will not be tolerated.
- No open containers or hazardous materials (gasoline, propane, car batteries, etc.) are allowed on the bus.
- Only trained service animals are allowed.
- Check radio/TV for weather related closings

### Free Transfers
Upon request, the driver will issue a transfer ticket that allows a direct transfer to another D-TRAN route. The transfer is free, but must be used within the hour. It may not be used to reach a second destination or as a return ticket on the route from which it was issued.

### Half-Fare Program
Half-fare cards must be presented along with Photo ID when boarding the bus. Application will be available at Depot Transit Center or online at www.dodgecity.org/publictransportation for:
- Seniors (age ≥60)
- Low-Income Riders (with SRS Food Stamp verification letter)
- Riders with Disabilities (verified by a qualified professional)

Students can receive the Half Fare discount by showing their current Student ID to the Driver. Students are not required to submit a Half Fare Application.

---



**Para-TRAN** is door-to-door paratransit service available for persons who, because of a disability, are unable to use the D-TRAN Fixed Route Bus Service. The Para-TRAN service area is within ¾ mile of D-TRAN routes. Riders must be certified as eligible to use the service by submitting an application which includes the assessment and signature of a qualified health professional in accordance with the Americans with Disabilities Act of 1990. Examples of people who may be eligible are those who, because of a disability, are unable to get on or off a regular bus, walk three city blocks or more to access a fixed route bus stop, read, understand, or follow bus information.

Fares: Single Ride (one way) - $1; Monthly Pass (unlimited rides) - $30. Personal care attendants ride free with a paying passenger. Reservations must be made 24 hours in advance. For reservations and Information please call 877-323-3626.

---



**R-TRAN is** for Regional Demand Response Service outside the ¾ mile Para-TRAN zone, and up to 2 miles beyond the city limits. On a first come first served basis anyone may schedule a door to door R-TRAN ride if the ride's origin or destination is beyond the ¾ mile Para-TRAN zone and within a 2 mile radius of city limits. If moving from one location to another while in town, door-to-door rides are available only to passengers with an approved Paratransit application. All others are required to use D-TRAN.