**From:** Johnny Dunlap II <johnnydunlap2@gmail.com>
**Sent:** Friday, October 5, 2018 6:37 AM
**To:** Zal Shroff
**Subject:** Fwd: Emailing: Application for Advance Voting Ballot.pdf, English letter of location change.docx, Spanish letter of location change.docx

Also, Debbie Cox sent this to me yesterday:

---------- Forwarded message ---------
From: **Debbie Cox** <dcox@fordcounty.net>
Date: Thu, Oct 4, 2018 at 1:18 PM
Subject: Emailing: Application for Advance Voting Ballot.pdf, English letter of location change.docx, Spanish letter of location change.docx
To: johnnydunlap2@gmail.com <johnnydunlap2@gmail.com>


　　Johnny
I Mailed out the Notices of voting location change along with application for advance ballot. on Friday September 28 to all registered voter in Dodge City. It will be in todays papers English and Spanish. Today in the mail I received a large amount as undeliverable. Could you help spread the word, maybe put this up in the mall in your headquarters?
If you have any questions please call me.
Debbie Cox
Ford County Clerk/Election Officer
620-227-4553
Your message is ready to be sent with the following file or link attachments:

Application for Advance Voting Ballot.pdf
English letter of location change.docx
Spanish letter of location change.docx


Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments.  Check your e-mail security settings to determine how attachments are handled.
--
Sent from Gmail Mobile on an iPhone.