

**CERTIFICATE OF REGISTRATION**
Issue date: 10/18/2018
Registrant ID: 255861
Precinct: DC Pct 005
Voting Place: Dodge City Civic Center
2100 First Ave