
# Clerks plan big numbers

**By Shawn Bruce**
Globe Reporter

They admit it's a guessing game, but two county clerks in the area are predicting a good voter turn-out for today's election.

Despite being an off-year election, meaning no presidential election, clerks say interest in hotly contested state races and local issues are generating more interest than usual.

"We've had a lot of absentee ballot requests," said Rita Slattery, Ford County clerk. "We've had 375, that's a lot for an off election year."

With no one big issue, Slattery believes it's a mix between state and local races that explains the high number of absentee ballots.

"I think it's both, the governor's race, the state races, the local representative races," she said.

Slattery said the August primary brought out 30 percent of Ford County's eligible voters. The November 1992 elections brought

out 81 percent. Based on absentee ballots, Slattery is predicting a 46 percent turnout today, albeit with a caution.

"I've learned over the years you don't predict the voters," she said.

In Meade County, county clerk Barbara Feldman in anticipating a turn-out above the 50 percentile. She's too is basing that guess on the high number of absentee ballot requests her office has received.

"We've had 150 absentee ballots," she said. "For an off year, we normally run about 100."

Feldman believes that high number is attributable to two issues. The first is a hotly contested commissioner race on the eastern side of the county.

The biggest reason, Feldman believes however, is a measure on the ballot that would corporate hog farming in Meade County. Opposition to the measure has been strong, especially on the Western side of the county.



## State officials expect large voter turnout

TOPEKA (AP) — The secretary of state's office today predicted that a record number of Kansans will go to the polls Tuesday to pick a new governor and decide the fate of three longstanding Republican dynasties.

The secretary of state's office said it expects more than 854,000 Kansans to vote, about 65 percent of the 1.31 million registered voters. Since 1970, the average turnout for a gubernatorial election has been 68 percent.

If the office is correct, it would be the largest number of Kansans who

have voted in a general election in a non-presidential year. The previous record was 840,605, set in 1986, when voters approved constitutional amendments to permit a state lottery, pari-mutuel dog and horse racing and liquor by the drink in public places.

Brad Bryant, deputy assistant secretary of state for elections, said the prediction for the percentage of turnout is relatively low because a "motor voter" law, allowing people to register when they renew their driver's licenses, has increased overall registration.



# Illegals eye new ways for residency

**By Tom Lister**
Globe Reporter

An amendment that went into effect last month for the Immigration and Nationality Act will enable illegal residents in the United States to obtain permanent residency more easily.

The new amendment allows foreign nationals in the United States illegally to remain here while they apply for visas for permanent residency. Previously the illegal residents would have had to return to their countries of origin to apply for the visa.

Under the new law, those applying must pay the $130 fee for application fee for residency plus a penalty of $650.

Phyllis Ross, district representative for Rep. Pat Roberts, R-Kan., said the law mainly benefits illegal residents who have been here and already started work toward obtaining residency.

For example, she said, a man who had obtained residency might have brought his family over on visitor visas. Although the family's visas might expire, the new law allows family members to file for residency while here instead of returning to their country.

Ross said the amendment would make it easier for people coming in on the family reunification process. However, she said that the immigration process works on an individual basis and the amendment would work better in some situations than others.

"This is not an amnesty program," Ross said.

See **Illegals** Page 15

---

**Woodwork**



## County hears about credit-card payments

**By Shawn Bruce**
Globe Reporter

Ford County residents will be able to pay their property taxes with a credit card for the first time, the Ford County Commission learned Monday morning.

County Treasurer Dorothy Hunter informed commissioners that state law now allows the use of the Discover credit card to pay personal property tax.

Mastercard or Visa credit cards cannot be used, Hunter said. Those choosing to use a Discover card will be assessed an additional fee, as well.

Hunter said her office must purchase equipment and be trained to use it to facilitate the use of credit cards. She

added, however, that their were some potential benefits to credit card use.

First, Hunter believes that allowing credit cards may cut down on the number of insufficient-fund checks the office receives. Second, taxes paid by credit card will be electronically transferred to the county the day after their paid.

Hunter said tax statements should be mailed late this week or early next week.

The commissioners also heard a report from legal counsel David Patton and grant specialist Georgette Loisinger about the transfer of Local Revolving Loan Funds to the Bell and Carlson corporation.

Commissioners had
See **County** Page 15

## City takes quick work of business agenda

**By Anne Zohner**
Globe Reporter

City commissioners kept business short and sweet at Monday night's meeting, taking just a little more than 20 minutes to work through the agenda.

The board approved various resolutions and ordinances, including a measure that will raise the speed limit on West Comanche Street from 30 miles per hour to 40 mph. The speed

roadway between 11:30 a.m. and 1:30 p.m. and found that only three vehicles were traveling at 30 mph of less and 22 vehicles were exceeding 50 mph.

"Eighty-five percent — which is what usually sets the speed limit — were traveling 51 miles per hour," he said. "But since that road has no shoulders and some steep embankments, we are recommending that the speed be set at 40 miles per hour."



Dodge City, Kansas 6...

S

...osentee
...g a 46
...with a

...ars you
...said
...y clerk
...ating a
...rentile.
...on the
...ballot
...d.
...ee bal-
...ear, we

...n num-
...es. The
...ommis-
...e of the

...ldman
...ure on
...rporate
...ounty
...s been
...estern

*ct*

...on in a
...revious
...o, when
...amend-
...y, pari-
...ng and
...es.
...t secre-
...he pre-
...nout is
...motor
...register
...licens-
...tion.

**Map labels:**

Northview · 12 · Sixth Ave · 11 · US 50 Bypass · 14th · Scule · University · 9 · Morgan · 10 · Comanche · 8 · Sixth Ave · 2 Hickory · 1 · Ave P · 3 · Division · Ave C · 7 · 14th · 4 · Wyatt Earp · Arkansas River · Sunnyside · 5 · Beeson · 6 · Minneola Road · Merritt

**Polling places list:**

- First and second precinct — First Church of God, 1701 Central
- Third and fourth precinct — Presbyterian Church, 803 Central
- Fifth and sixth precinct — Moose Lodge, 1001 Minneola Road
- Seventh and eighth precinct — 4-H building, 901 W. Park St.
- Ninth and 12th precinct — Knights of Columbus Hall, 800 Frontview
- 10th precinct — Civic Center, VIP Room, 2100 First Ave.
- 11th precinct — Church of Christ, 2300 Central
- Bloom Township — Bloom Township Hall, Bloom
- Bucklin City — Bucklin Library, Bucklin
- Bucklin Township — Bucklin Library, Bucklin
- Concord Township — Moose Lodge, 1001 Minneola Road
- Dodge Township — 4-H Building, 901 W. Park St.
- Dodge Township-3 — 4-H Building, 901 W. Park St.
- Enterprise Township — Christian Church, Wilroads Gardens
- Fairview Township — Howell School, Howell
- Ford City — Ford City Hall, Ford
- Ford Township — Ford City Hall, Ford
- Grandview Township — Parish Hall, Wright
- Richland Township — Moose Lodge, 1001 Minneola Road
- Royal Township — Howell School, Howell
- Sodville Township — Sodville Township hall, Kingsdown
- Soldiers Home — Eisenhower Hall, Fort Dodge
- Spearville City — Spearville City Hall, Spearville
- Spearville Township — Spearville City Hall, Spearville
- Wheatland Township — Spearville City Hall, Spearville
- Wilburn Township — Bloom Township Hall, Bloom
- Wilroads Gardens — Christian Church, Wilroads Gardens
- Absentee — County Election office, fourth floor, Government Center, 100 Gunsmoke, Dodge City

**County bo...**