IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, KANSAS, ALEJANDRO RANGEL-LOPEZ,<br><br>    Plaintiffs,<br><br>vs.<br><br>DEBORAH COX, FORD COUNTY CLERK, in her official capacity,<br><br>    Defendant. | Civil Action No. 2:18-cv-02572-DDC-TJJ |

**ENTRY OF APPEARANCE**

Comes now Mark P. Johnson, Dentons US LLP, a member of good standing of the Kansas Bar and the Bar of the U.S. District Court for the District of Kansas, and enters his appearance on behalf of the Plaintiffs herein.  Mr. Johnson will serve as co-counsel with Lauren Bonds and Zal Shroff, counsel for Plaintiffs.

zalRespectfully submitted,

By: _/s/ Mark P. Johnson_

Mark P. Johnson KS 22289
DENTONS US LLP
4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700
816-460-2400
FAX 816-531-7545
mark.johnson@dentons.com