IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, KANSAS, and ALEJANDRO RANGEL-LOPEZ<br><br>    Plaintiffs,<br><br>v.<br><br>DEBORAH COX, FORD COUNTY CLERK, in her official capacity;<br><br>    Defendant. | Case No. 2:18-cv-02572-DDC-TJJ |

**DEFENDANT'S MOTION
FOR IMMEDIATE TRANSFER TO WICHITA DIVISION
AND FOR ACCELERATED CONSIDERATION OF THIS MOTION**

Defendant Deborah Cox, Ford County Clerk, pursuant to D. Kan. R. 40.2(e), respectfully requests that the Court immediately transfer this matter to the Wichita Division because an immediate hearing on Plaintiff's Emergency Motion for a Temporary Restraining Order is possible and the current forum, Kansas City Division, is substantially inconvenient to the parties and witnesses. In support of this Motion, and in accordance with D. Kan. R. 7.1, Defendant concurrently files her Memorandum in Support of this Motion.

WHEREFORE, for the reasons set forth in her Memorandum in Support of this Motion, Defendant respectfully requests that the Court transfer this matter to the Wichita Division.

Respectfully Submitted,

By: /s/ Bradley J. Schlozman
Bradley J. Schlozman (KS Bar #17621)
Mitchell L. Herren (KS Bar #20507)
Jeffrey M. Kuhlman (KS Bar #26865)
HINKLE LAW FIRM LLC
1617 North Parkway, Suite 400
Wichita, Kansas 67206
Telephone: 316-267-2000
Facsimile: 316-630-8466
E-mail: bschlozman@hinklaw.com
E-mail: mherren@hinklaw.com
E-mail: jkuhlman@hinklaw.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of October 2018, I electronically filed the foregoing Defendant's Motion for Immediate Transfer to the Wichita Division and for Accelerated Consideration of This Motion with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all attorneys of record in this case.

Lauren Bonds
ACLU Foundation of Kansas
6701 West 64th Street, Suite 210
Overland Park, Kansas 66202
Telephone: 913-490-4110
Facsimile: 913-490-4119
E-mail: lbonds@aclukansas.org
*Attorneys for Plaintiffs*

Zal Kotval Shroff
ACLU Foundation of Kansas
125 North Market Street, Suite 1725
Wichita, Kansas 67202
Telephone: 316-636-7303
E-mail: zshroff@aclukansas.org
*Attorneys for Plaintiffs*

Mark P. Johnson
Dentons US, LLP – KC
4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700
Telephone: 816-460-2400 x 24502
Facsimile: 816-531-7545
E-mail: mark.johnson@dentons.com
*Attorneys for Plaintiffs*

              /s/ Bradley J. Schlozman