IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ALEJANDRO RANGEL-LOPEZ and<br>LEAGUE OF UNITED LATIN AMERICAN<br>CITIZENS, KANSAS,<br><br>   Plaintiffs,<br><br>   v.<br><br>FORD COUNTY, KANSAS, CLERK,<br>Deborah Cox, in her official capacity,<br><br>   Defendant. | Civil No. 18-2572-DDC-TJJ |

**NOTICE**

  The United States Attorney for the District of Kansas files this notice to indicate that one or more members of his staff plan to observe, in-person, the voting polling place(s) for Dodge City, Kansas, during the day of November 6, 2018.

               Respectfully submitted,

               STEPHEN R. MCALLISTER
               United States Attorney

               s/ *Christopher Allman*
               Christopher Allman,
               Kansas S. Ct. No. 14225
               Assistant United States Attorney
               500 State Avenue, Suite 360
               Kansas City, Kansas 66101
               PH:  913.551.6730
               FX:  913.551.6541
               Christopher.Allman@usdoj.gov

               *Attorneys for the United States*

**CERTIFICATE OF MAILING**

I hereby certify that on October 30, 2018, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

s/*Christopher Allman*  
Christopher Allman  
Assistant United States Attorney