IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, KANSAS, ALEJANDRO RANGEL-LOPEZ,<br>   *Plaintiffs,*<br><br>vs.<br><br>DEBORAH COX, FORD COUNTY CLERK, in her official capacity,<br>   *Defendant.* | C.A. NO. 2:18-cv-02572-DDC |

## AFFIDAVIT

STATE OF KANSAS  )
        ) SS:
COUNTY OF FORD   )

  Deborah Cox, of lawful age, being first duly sworn, on oath deposes and states as follows:

  1. My name is Deborah Cox and I have been the duly elected Clerk of Ford County since 2016.

  2. From 2012 until 2016, I served as a Deputy Election Officer in the Ford County Clerk's office.

  3. Ford County has several voting locations, one of which is located in Dodge City. Since 1998, Dodge City has only had one voting location.

  4. Since 1998, Dodge City's single voting location has been the Dodge City Civic Center. The Civic Center is owned by USD 443.

  5. On August 29, 2018, officials at USD 443 informed me that construction at the Civic Center would begin in October 2018. They gave me a map that showed where the

EXHIBIT 1

construction was expected. It appeared to me that as a result of the construction, a portion of the parking lot would be inaccessible. Specifically, the main parking area and some of the handicap parking spots would be blocked off. Ultimately, I believed that there was a significant risk that both parking and access to the Civic Center would be affected by the construction. Attachment A is a copy of the map I was given.

6. The potential complications that construction would cause led me to doubt whether the Civic Center would be the best location for the November 2018 election, especially since early November carries a risk of inclement winter weather conditions.

7. Because Kansas Law requires at least 30 days' advance notice of any change in polling location, I had to determine whether to move the voting location on or before October 7, 2018. I ultimately decided that it was safest to find another voting location to use in November 2018 while the Civic Center was under construction.

8. I began searching for an alternative, temporary polling location for the November 2018 election. By September 11, 2018, I used my best judgment and, for the reasons described below, determined that the best location for a temporary polling location was the Western State Bank Expo Center (the "Expo Center").

9. The Expo Center is about half of a mile outside the city limits. It is owned by Ford County (which would make snow and ice removal logistically easier) and meets all of the requirements of the Americans with Disabilities Act. The Expo Center is secure and large enough to accommodate the heavy voting traffic expected on Election Day. No other competing events are scheduled at the Expo Center around Election Day, and the residents of Dodge City are very familiar with the Expo Center and its location. In fact, I have been advised after making

this selection that the Expo Center is frequently used by members of the Hispanic community for events.

10. I considered using one of Dodge City's schools, but chose the Expo Center because traffic is often quite heavy at schools during the morning and afternoon hours when children are being dropped off and picked up. These are typically the heaviest voting times as well, making the schools less than ideal for a polling place. Further, I was under the impression that our local schools have less handicap parking than the Expo Center. In fact, based on my discussions with representatives from other counties and the Secretary of State's Office over the years, it is my understanding that other counties throughout the state are using schools as polling sites far less often than ever because of logistical complexities.

11. On September 28, 2018, I mailed notices of the change of voting location to registered voters at the last address each had provided as part of their voter registration process. The notice explained the location change for the November 6 election, outlined advance voting and mail-in ballot options, noted polling times at the Expo Center, and most importantly, encouraged people to vote. The notices also informed the voters that the Expo Center was being used a temporary voting location due to construction at the Civic Center, but pointed out that the Civic Center would return to being used as the voting location for future elections. A copy of my September 28 letter is Attachment B.

12. Some of those notices were returned as undeliverable, which was usually the result of voters not re-registering after changing residences. My office used the voters' last known address in sending the notices.

13. After I had notified voters of the polling place change on September 28, I discovered that certain individuals who registered to vote after that date but before the October

16 registration deadline received a Notice of Disposition card (i.e., voter registration postcard) indicating that their polling place was the Civic Center. There were 294 voters in Dodge City who received the notification through the postcard of their normal polling place. As of the date of this filing, however, *all of those voters* have been mailed correspondence pointing out the temporary relocation of their polling place to the Expo Center.

14. As we have done in past elections, Ford County and Dodge City are cooperating this year to provide free public transportation to voters. Beginning October 4, the City began posting signs advertising free rides and posted notice to that effect on its website. Notices have been issued in both English and Spanish. The free transportation that is offered is door-to-door roundtrip. In other words, people can sign up to be picked up at their home and dropped off at the Expo Center to vote, and then provided a ride home. Attachments C, D, and E are examples of the notices.

15. Since October 23, Ford County has posted on its website, and it issued a press release that day, highlighting in English and Spanish the free public transportation available to anyone who calls to schedule it, as well as the advance and mail-in voting options available during weekdays, weekday evenings, and on the Saturday before the election. Attachment F is an example of this notice.

16. I have also taken other steps to publicize the change in location, the free transportation, and the advance and mail-in voting locations by arranging for this information to be published in the Dodge City Globe newspaper, La Estrella newspaper, and radio stations 92.9/101.5 La Mexicana, 93.9 The Buzzard, 96.3 The Marshall, 95.5/1470 Super Hits, Q97 and Z98, and 1370 KGNO. The Dodge City Chat Facebook page has also discussed these issues extensively.

17. On October 29, the Dodge City Mayor issued yet another press release again explaining that the city was offering free public transportation directly from the voter's door to the polling place and back, as well as again highlighting all of the advance voting opportunities and details. Attachment G is a copy of this release.

18. Dodge City has also offered free public transportation door-to-door for any voter wanting to ride to the Ford County Government Center (the location of the County Clerk's Election Office) to participate in advance voting. Mail in ballots can be mailed in on or before October 30, 2018. See Attachment G.

19. Advance voting times have been well publicized in avenues such as those mentioned above. Voters have been advised that advance voting is available not only by mail, but also early in person at the County Clerk's office at the Government Center, on October 18th and 19th from 9:00 am – 4:30 pm; October 22-26 from 9:00 am – 4:30 pm; October 29 from 9:00 am – 4:30 pm; October 30th from 9:00 am – 7:00 pm; October 31st from 9:00 am to 4:30 pm; November 1st from 9:00 am – 7:00 pm; November 2 from 9:00 am to 4:30 pm; Saturday, November 3rd from 10:00 am – 2:00 pm; and November 5th from 9:00 am – noon.

20. I have lived in Dodge City all of my life. The trains are a daily part of life, and block different parts of town at various times. People who live on the south side of the tracks often cross them to the north, and vice versa. I have personally worked on the south side of Dodge City for many years and routinely crossed the tracks on almost a daily basis without any problems. In addition, in the event a train would happen to block a road for a longer than usual amount of time, there are alternate under/over passes that can be used to go from north to south and vice versa.

21. My current plan is to have a second polling location no later than the next large-volume election in 2020, if not by 2019.

22. It would be totally impossible, however, for my office to open a new polling place for next week's election. My office would have to complete numerous, burdensome tasks, including but not limited to the following:

- Choosing a suitable location that is safe and secure and then negotiating an agreement or contract with the owner of the facility. The venue must be available from the early morning to late at night and there can be little or no other activities going on that would interfere with the voting process and the sizable number of voting going in and out all day;

- Ensuring that the location meets all of the Americans with Disabilities Act (ADA) comprehensive accessibility requirements, which are extremely rigorous and aggressively enforced by the U.S. Department of Justice's Civil Rights Division. Adequate parking for the disabled is critical in this regard; many sites may have adequate sites for certain purposes, but not enough for polling places, which tend to require more due to the substantially heavier use by the disabled on Election Day.

- Recruiting, hiring and training additional poll workers to staff the new location. In this vein, there must be a sufficient number of bilingual poll workers for the new site in light of the county's coverage under Section 203 of the Voting Rights Act. In light of K.S.A. 25-2908(c)'s mandate that every polling place have at least two individuals to read the name and repeat the name of each voter, a new site would absolutely necessitate the hiring of more poll workers. After all, there would no longer be any economy of scale for this statutory function;

- Reprogramming the voter registration database (ELVIS) to determine which voters should be assigned to the new location and what ballots they should receive. Ford County has 34 ballot styles for the upcoming election, tied to the precinct in which the voter resides;

- Reprogramming poll pads (i.e., electronic poll books that has all voter registration records and precinct information), which are also set to polling locations and ballot styles;

- Reprogramming the ADA / Help America Voting Act (HAVA) voting machines, which are designed for blind voters and are also tied to the precinct in which the voter resides;

- Ordering new paper ballots (for provisional ballots) that meet all of the conditions set forth above;

- Notifying all affected voters of the change in their polling location. This, in itself, is an impossibility inasmuch as state law requires that election changes must be communicated at least 30 days prior to the election. See K.S.A. 25-2701(d)(1).

- Printing signage for the new polling place – in both English and Spanish.

23.   It would impossible to complete the above tasks in less than a week even if I had an adequately sized staff, which I do not. Rather, I have one deputy, who was hired in September 2018 and is still being trained. This is my first election.

24.   Almost all of my time in the next week will be devoted to training poll workers, overseeing advance voting, and handling the many other frenzied requirements of a county clerk the week before an election.

FURTHER AFFIANT SAYETH NAUGHT.

*[signature]*
Deborah Cox

SUBSCRIBED AND SWORN to before me, a Notary Public, this 30th day of October, 2018.

*[signature]*
Notary Public

My Appointment Expires:

7-5-2021

[Seal]

NOTARY PUBLIC - State of Kansas
JESSICA R. WEST
My Appt. Exp. 7-5-2021





**Ford County Clerk's Office**
100 Gunsmoke
P.O. Box 1575
Dodge City, KS 67801
P (620) 227-4550
F (620 227-4699

| | | | |
|---|---|---|---|
| **DEBBIE COX** | **JESSICA WEST** | **LISA RUEB** | **TIERRA CHARLES** |
| County Clerk | Finance Coordinator | Election Clerk | Accounts Payable |
| Election Officer | Deputy County Clerk | lrueb@fordcounty.net | tcharles@fordcounty.net |
| dcox@fordcounty.net | jwest@fordcounty.net | | |

Dear Registered Voter,

I have been notified by USD 443 that construction will begin in October around the Civic Center for the new Administration Building. Because of the construction that will be going on, it is with a great deal of thought and concern for voter safety that I have decided to move the November 6, 2018, General Election from the Civic Center to the **Western State Bank Expo Center**.   I understand that this is not a convenient location but it is one that will meet the ADA requirements and is large enough to hold an election of this size. I would like to remind you that you have options in voting.

1. You may vote In Advance In Office starting October 18, 2018, hours will be 9:00 am to 4:30 pm Monday through Friday. We will be offering a Saturday vote on November 3, 2018 in the Ford County Clerk's Office from 10:00 am to 2:00 pm. We will also have evening voting on Tuesday October 30, 2018, until 7:00 pm, Thursday November 1, 2018 until 7:00 pm. in the Ford County Clerk's Office.
2. You can request your ballot by mail. I have enclosed an Application for a Mail Ballot. If you chose, you may fill the application out and return it to our office. You may mail it back to 100 Gunsmoke, you can scan it back to dcox@fordcounty.net or lrueb@fordcounty.net. You can fax it back to 620-227-4699. Ballots will be mailed out starting October 17, 2018. The last day we can mail a ballot out will be October 30, 2018.

We will be back at the Civic Center once construction has finished.  Remember to VOTE. You have options.

    In office starting October 18, 2018 Hours are 9:00 am to 4:30 pm Monday through Friday.
    Tuesday October 30, 2018 hours will be 9:00 am to 7:00 pm. Thursday November 1, 2018 hours will be 9:00 am to 7:00 pm. Saturday November 3, 2018 hours will be 10:00 am to 2:00 pm.
    Receive your ballot by mail; return the enclosed application before October 10, 2018.
    Last day to mail out ballots is October 30, 2018

**Vote at the <u>Western State Bank Expo Center on November 6, 2018. Polls will be open 7:00 am to 7:00 pm.</u>**


Debbie Cox
Ford County Clerk/Election Officer

EXHIBIT B




# VOTE DODGE CITY

## ADVANCE VOTING



**WHEN**
THUR, OCT 25th FROM 9AM - 4:30PM
FRI, OCT 26th FROM 9AM - 4:30PM
MON, OCT 29TH FROM 9AM - 4:30PM
TUE, OCT 30th FROM 9AM - 7PM
THUR, NOV 1st FROM 9AM - 7PM
SAT, NOV 3RD FROM 10AM - 2PM
MON, NOV 5TH FROM 9AM-NOON

**WHERE**
COUNTY CLERKS OFFICE
100 GUNSMOKE, 4TH FLOOR,
DODGE CITY, KS 67801

ADVANCE VOTING ENDS
MONDAY, NOV. 5TH @NOON

DEADLINE FOR MAIL IN BALLOTS IS
OCT. 30TH

## ELECTION DAY



**WHEN**
TUESDAY, NOVEMBER 6TH
POLLS OPEN 7AM - 7PM

**WHERE**
WESTERN STATE BANK EXPO CENTER
11333 US HWY 283,
DODGE CITY, KS 67801

**FREE PUBLIC TRANSPORTATION ON NOV. 6TH.**
TO SCHEDULE PICK-UP PLEASE CALL (620) 371-3879

VOTING QUESTIONS PLEASE CONTACT THE ELECTION OFFICE (620) 227-4551

EXHIBIT C





November 6, 2018

Exercise your right to Vote!

Need a ride to cast your vote?

Passengers exercising their right to vote will ride free of charge.

To schedule a ride please call Dodge City Public Transportation at

620-371-3879



EXHIBIT E



6 de Noviembre, 2018

¡Ejerza su derecho a votar!

¿Necesita transportacion para emitir su voto?

Los pasajeros que necesitan transportacion para vota viajarán gratis

Solo llame al Transporte Público de Dodge City para agendar su viaje

620-371-3879



Home

Posted on: October 23, 2018

**Letter from the Mayor**

Media Contact:

Melissa McCoy, Assitant to the City Manager/Public Relations

620-225-8100

melissam@dodgecity.org

**FOR IMMEDIATE RELEASE**

Letter from City of Dodge City Mayor:

Recently, my fellow Commissioners and I, as well as City staff have received many inquiries regarding the election location being relocated. Elections are an issue that falls within the jurisdiction of the Ford County Clerk and/or the Secretary of State. The City of Dodge City has no authority over election issues.

We are very proud of our small but growing diverse community. Our citizens are engaged in all facets of our community including commerce, education, recreation, and politics. With that being said, our citizen's accessibility to exercising their most fundamental right of voting is our utmost concern. So when the Ford County Clerk sent notification of the temporary relocation of the election site due to potential construction at the existing election location at the Civic Center, we agreed to provide assistance by providing a ride door to door via public transportation to anyone who might not have transportation to the new site.

However, we continued to receive inquiries and statements implying that our community voters are being suppressed. It is not our place to agree or disagree, however, we feel it is necessary to share the facts and what we are doing to assist our citizens:

- City of Dodge City – Public Transportation is offering free door to door rides to and from the polling location on Election Day to those that call and schedule a pickup. Those wishing to utilize the free transportation will need to call and schedule with Dodge City Public Transportation at 620-371-3879
- The Ford County, Clerk/Elections Office, does provide advanced voting that is taking place currently.

**Tools**

RSS

**Categories**

- All Categories
- Home

EXHIBIT F

- In office voting during the weekdays leading up to Election Day is from 9:00 a.m. to 4:30 p.m. in the County Clerk's office.
- On October 30, and November 1 they will have the voting open until 7:00 p.m.
- On Saturday, November 3 they will have voting open from 10:00 a.m. to 2:00 p.m.
- Registered voters in Ford County may also request a ballot by mail until October 30th.

After you have read this information, if there are still unanswered questions or statements you wish to make, we are certain that the Ford County Clerk and the Kansas Secretary of State would be happy to answer your inquiries as all things "elections" are within their direction and control.

Sincerely,

E. Kent Smoll

Mayor


Carta del alcalde de la Ciudad de Dodge City:

Recientemente, mis colegas comisionados y yo, así como el personal de la Ciudad han recibido muchas preguntas sobre la ubicación de elecciones que fue reubicada. Las elecciones son un asunto que cae dentro de la jurisdicción de la Secretaria del Condado de Ford y/o el Secretario de Estado. La Ciudad de Dodge City no tiene autoridad sobre temas electorales.

Estamos muy orgullosos de nuestra pequeña pero creciente comunidad diversa. Nuestros ciudadanos están comprometidos en todas las facetas de nuestra comunidad, incluyendo el comercio, la educación, la recreación y la política. Dicho esto, la accesibilidad de nuestros ciudadanos a ejercer su derecho más fundamental de votar es nuestra máxima preocupación. Así que cuando la Secretaria del Condado de Ford envió la notificación de la reubicación temporal del sitio electoral debido a la construcción potencial en el centro cívico, acordamos ser de ayuda proporcionando transporte a través del Transporte Público de la Ciudad a cualquier persona que necesite transporte al nuevo sitio de votaciones.

Sin embargo, continuamos recibiendo preguntas y declaraciones que implican que nuestros votantes comunitarios están siendo suprimidos. No es nuestro lugar estar de acuerdo o discrepar, sin embargo, sentimos que es necesario compartir los hechos y lo que estamos haciendo para ayudar a nuestros ciudadanos:

- Ciudad de Dodge City – el Transporte Público de la Ciudad ofrecerá viajes gratuitos de puerta a puerta desde y hacia el lugar de votación el día de las elecciones a aquellos que llamen y agenden su viaje. Aquellos que deseen utilizar el transporte público tendrán que llamar y agendar con el Transporte Público de la Ciudad al 620-371-3879.
- La Oficina de la Secretaria/de Elecciones del el Condado de Ford, ofrece votación avanzada que actualmente está sucediendo.
- La oficina de elecciones durante los días laborables que conducen al día de elección está abierta de 9:00 a.m. a 4:30 p.m. en la oficina de Secretaria del Condado.
- El 30 de octubre y 1 de noviembre la oficina de elecciones estará abierta hasta las 7:00 p.m.

- El sábado, 3 de noviembre la oficina votaciones estará abierta de 10:00 a.m. a 2:00 p.m.
- Los votantes registrados en el Condado de Ford también pueden solicitar una boleta por correo hasta el 30 de octubre.

Después de haber leído esta información, si todavía hay preguntas o declaraciones sin respuesta que desea hacer, estamos seguros de que la Secretaria del Condado de Ford y el Secretario de Estado de Kansas les podrán responder sus preguntas, ya que todas las "elecciones" están dentro de su total control y dirección.

Sinceramente,

E. Kent Smoll

Alcalde

⇐ **Previous**
Free Transportation on Election Day

**Next** ⇒
Community Newsletter

## Other News in Home

### Letter to Dodge City Citizens

Posted on: October 29, 2018

### Need a free ride to cast your vote? ¿Necesita transporte gratis para emitir su voto?

Posted on: October 29, 2018

### Free Transportation on Election Day

Posted on: October 24, 2018

### Community Newsletter

Posted on: October 26, 2018

### Community Newsletter

Posted on: October 19, 2018

### Community Newsletter

Posted on: October 12, 2018

### Community Newsletter

Posted on: October 5, 2018

### Video Tour of Dodge City

Posted on: March 29, 2018



**City of Dodge City**

Media Contact:
Melissa McCoy, Assistant City Manager/ Public Affairs
620-225-8100
melissam@dodgecity.org

FOR IMMEDIATE RELEASE — October 29, 2018

Dear Dodge City Citizens:

My fellow Commissioners, City staff and I have received many comments and questions from around the state and from out-of-state regarding concerns of voter suppression. The decision to relocate the polling location is the responsibility of the Ford County Clerk, the City of Dodge City is not charged with that responsibility.

I submitted a letter to the press on October 23, 2018 addressing this matter. In case you missed this opportunity to receive accurate information, I will reiterate what was stated in the letter and expand the information as it has evolved.

Here are the facts as they now exist:

1. For more than two decades, the County Clerk has maintained one polling location inside the City.
2. To my knowledge of that of our administrative staff, there have been no previous complaints received from our citizens regarding the existence of a single polling location located inside of the City.
3. When the County Clerk determined the polling location would be temporarily moved, she notified all registered voters by letter, in both English and Spanish, of the following:
    a. The temporary change in location.
    b. The opportunity for advance voting at the Government Center, located at 100 Gunsmoke Street in the heart of the community.
        i. The Government Center is approximately one block from the main public transportation bus hub, with sidewalks and controlled pedestrian crossings at the transportation hub.
    c. Advance voting is available during weekdays leading up to Election Day from 9 a.m. to 4:30 p.m. in the County Clerk's office.
    d. The County Clerk will have advance voting open until 7 p.m. on October 30 and November 1.
    e. On Saturday, November 3 the County Clerk will have advance voting open from 10 a.m. to 2p.m.
    f. Registered voters in Ford County may also request a ballot by mail until October 30th.
4. On October 4, 2018, prior to this issue rising to the level of state and national media attention, City officials announced the City would provide free public transportation rides from the voter's door to the polling site door, with another free return ride.
5. City officials decided last Friday, that free rides will be available until Election Day from door to door for voters to the Government Center, for any citizens who desire to participate in advance voting opportunities at the Ford County Government Center.
6. City officials discussed with the County Clerk the possibility of adding a second polling location for this election. There are several barriers to this option including timing requirements, ballots and the fact that voting is already underway.
7. City officials committed City Staff assistance to the County Clerk with additional bilingual poll workers. We will ask our qualified staff to be trained this week and work under the County Clerk on Election Day. We made this commitment to County Clerk not just for this election, but for as long as there is a need not filled by qualified volunteers.

The City and County have worked together to accomplish a tremendous amount of success. I do not foresee it being different in this case. Conversations have begun with the County Clerk in regards to establishing at least one more polling location for future elections. We want to encourage everyone to go out an exercise their right to vote and I would like to remind everyone in closing that if you need transportation for voting call and schedule a ride with Dodge City Public Transportation at 620-371-3879. I greatly appreciate your time and consideration.

Sincerely,

E. Kent Smoll
Dodge City Mayor

EXHIBIT G



Contacto de los medios:
Melissa McCoy, Assistant City Manager/ Public Affairs
620-225-8100
melissam@dodgecity.org

PARA PUBLICACIÓN INMEDIATA- 29 de octubre de 2018

Estimados ciudadanos de Dodge City:

Mis colegas comisionados, el personal de la Ciudad y yo hemos recibido muchos comentarios y preguntas de alrededor del estado y de fuera del estado con respecto a las preocupaciones de la supresión de los votantes. La decisión de reubicar el lugar de votación es responsabilidad de la Secretaria del Condado de Ford, la Ciudad de Dodge City no tiene ninguna autoridad sobre esa responsabilidad.

Presenté una carta a la prensa el 23 de octubre de 2018 para aclarar este asunto. En caso de que no allá tenido la oportunidad de recibir información precisa, voy a reiterar lo que se declaró en la carta y ampliar la información a medida que ha evolucionado.

Aquí están los hechos como ahora existen:
1. Durante más de dos décadas, la Secretaria del Condado ha mantenido un solo lugar de votaciones dentro de los límites de la Ciudad.
2. A conocimiento de nuestro personal administrativo, no se han recibido quejas previas de nuestros ciudadanos con respecto a la existencia de un solo lugar de votación dentro de los límites de la Ciudad.
3. Cuando la Secretaria del Condado determinó que el lugar de votación sería trasladado temporalmente, ella notificó a todos los votantes registrados por carta, tanto en inglés como en español, de lo siguiente:
    a. El cambio temporal sobre la ubicación.
    b. La oportunidad de votar por adelantado en el Centro de Gobierno del Condado que se encuentra en el 100 Gunsmoke Street en el corazón de la comunidad.
        i. El Centro de Gobierno está aproximadamente a una cuadra del centro de autobuses de transporte público, con banquetas y cruces peatonales controlados que te llevan el centro de transporte.
    c. La votación anticipada está disponible durante los días laborables que precede al Día de las Elecciones de 9 a.m. a 4:30 p.m. en la oficina de la Secretaria del Condado.
    d. La Secretaria de Condado tendrá la votación anticipada abierta hasta las 7 p.m. el 30 de octubre y el 1 de noviembre.
    e. El sábado, 3 de noviembre la Secretaria del Condado tendrá la votación anticipada abierta de 10 a.m. a 2 p.m.
    f. Los votantes registrados en el Condado de Ford también pueden solicitar una boleta por correo hasta el 30 de octubre.
4. El 4 de octubre de 2018, antes de que esta cuestión se elevara al nivel de atención de los medios de comunicación estatal y nacional, los funcionarios de la Ciudad anunciaron que la Ciudad proporcionaría viajes gratuitos de transporte público desde la puerta del votante hasta la puerta del sitio de votación, con viaje de regreso gratis.
5. Los funcionarios de la Ciudad decidieron el viernes pasado, que los viajes de transporte gratuitos estarán disponibles hasta el Día de las Elecciones de puerta en puerta para los votantes al Centro de Gobierno del Condado, para cualquier ciudadano que desee participar en las oportunidades de votación por adelantado en el Centro de Gobierno del Condado de Ford.
6. Los funcionarios de la Ciudad discutieron con la Secretaria del Condado la posibilidad de agregar una segunda ubicación de votación para esta elección. Hay varias barreras a esta opción, incluyendo los requisitos de tiempo, las boletas de votación y el hecho de que la votación ya está en marcha.
7. Los funcionarios de la Ciudad comprometieron asistencia de personal de la Ciudad a la Secretaria del Condado con trabajadores bilingües adicionales. Nosotros le pediremos a nuestro personal calificado que sea entrenado esta semana y que trabaje bajo la Secretaría del Condado el Día de las Elecciones. Hemos hecho este compromiso con la Secretaria del Condado no sólo para esta elección, pero también en caso de que haiga necesidad y no encuentren voluntarios calificados en el futuro.

La Ciudad y el Condado han trabajado juntos para lograr éxito en nuestra comunidad. No espero que sea diferente en este caso. Las conversaciones han empezado con la Secretaria del Condado con respecto a establecer al menos una ubicación de votación adicional para las próximas elecciones. Queremos animar a todos a salir a ejercer su derecho a votar y me gustaría recordarles que si usted necesita transporte para ir a votar llame y agende su viaje con el Transporte Público de Dodge City al 620-371-3879.
Aprecio mucho su tiempo y consideración.

Sinceramente,

E. Kent Smoll
Alcade de Dodge City