**CLERK'S COURTROOM MINUTE SHEET – CIVIL**

LEAGUE OF UNITED LATIN AMERICAN
CITIZENS, KANSAS, et al.,

      Plaintiffs,

v.                                   Case No:  18-2572-DDC-TJJ

DEBORAH COX, FORD COUNTY CLERK,
in her official capacity,

      Defendant.

**Attorneys for Plaintiffs: Lauren Bonds, Mark P. Johnson, Zal Kotval Shroff**
**Attorneys for Defendant: Bradley Joseph Schlozman, Mitchell L. Herren**

| JUDGE: | Daniel D. Crabtree | DATE: | 11/1/2018 |
|---|---|---|---|
| CLERK: | Megan Garrett | TAPE/REPORTER: | Kim Greiner |
| INTERPRETER: | | PROBATION: | |

# MOTION HEARING

Plaintiff Alejandro Rangel-Lopez appears by telephone.  Defendant appears in person with counsel.

The following motion is before the court:

    Doc. 4 – Plaintiff's Motion for a Temporary Restraining Order – remains pending.

Plaintiffs present evidence.

Plaintiffs rest.

Defendant presents evidence.

Defendant rests.

The court will issue a written order.