# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, KANSAS; and ALEJANDRO RANGEL-LOPEZ, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | ) Case No. 2:18-cv-02572-DDC-TJJ |
| DEBORAH COX, Ford County Clerk, in her official capacity, | )<br>)<br>) |
| Defendant. | )<br>)<br>) |

## DEFENDANT'S MOTION TO DISMISS

Defendant Deborah Cox, in her official capacity as the duly elected Clerk of Ford County, Kansas, respectfully moves to dismiss the Plaintiffs' First Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6). In support of this Motion, Defendant concurrently files a Memorandum in Support herewith.

Respectfully Submitted,

By: /s/ Bradley J. Schlozman
Bradley J. Schlozman (KS Bar #17621)
Mitchell L. Herren (KS Bar #20507)
HINKLE LAW FIRM LLC
1617 North Waterfront Parkway, Suite 400
Wichita, KS  67206
Tel.: (316) 267-2000
Fax: (316) 630-8466
E-mail: bschlozman@hinklaw.com
E-mail: mherren@hinklaw.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

    I certify that on November 16, 2018, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the e-mail addresses on the electronic mail notice list, including counsel for the Plaintiff.

                                              By: /s/ Bradley J. Schlozman