# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

LEAGUE OF UNITED LATIN AMERICAN )
CITIZENS, KANSAS; and ALEJANDRO )
RANGEL-LOPEZ, )
            Plaintiffs, )
)
vs. ) Case No. 2:18-cv-02572-DDC-TJJ
)
DEBORAH COX, Ford County Clerk, in her )
official capacity, )
            Defendant. )

**UNOPPOSED MOTION FOR EXTENSION OF TIME
FOR DEFENDANT TO FILE REPLY TO PLAINTIFFS' RESPONSE TO
DEFENDANT'S MOTION TO DISMISS**

Defendant respectfully moves this Court to extend the deadline – to January 3, 2018 – for Defendant to file her Reply to Plaintiffs' Opposition to Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint. Counsel for Defendant has conferred with counsel for Plaintiffs, and Plaintiffs do not oppose this motion.

1. Defendant filed her Motion to Dismiss Plaintiffs' First Amended Complaint (Doc. 25) and accompanying memorandum in support thereof (Doc. 26) on November 16, 2018.

2. Plaintiffs filed their Opposition to Defendant's Motion to Dismiss on December 7, 2018. (Doc. 27).

3. Under D. Kan. R. 6.1(d)(2), Defendant's Reply brief would ordinarily be due fourteen days later, i.e., on December 21, 2018.

4. Counsel for Defendant have long-scheduled vacations beginning this week and need sufficient time to prepare an appropriate reply brief.

5. This motion is not being submitted to unduly delay these proceedings or for any other improper purpose.

6. This is Defendant's first requested extension in connection with this motion

WHEREFORE, Defendant respectfully requests an Order granting it an extension to and including January 3, 2019, to file its Reply to Plaintiffs' Opposition to Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint.

Respectfully Submitted,

By: /s/ Bradley J. Schlozman
Bradley J. Schlozman (KS Bar #17621)
Mitchell L. Herren (KS Bar #20507)
HINKLE LAW FIRM LLC
1617 North Waterfront Parkway, Suite 400
Wichita, KS  67206
Tel.: (316) 267-2000
Fax: (316) 630-8466
E-mail: bschlozman@hinklaw.com
E-mail: mherren@hinklaw.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I certify that on December 17, 2018, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the e-mail addresses on the electronic mail notice list, including counsel for the Plaintiffs.

By: /s/ Bradley J. Schlozman