# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, KANSAS; and ALEJANDRO RANGEL-LOPEZ, <br><br> Plaintiffs, <br><br> vs. <br><br> DEBORAH COX, Ford County Clerk, in her official capacity, <br><br> Defendant. | Case No. 2:18-cv-02572-DDC-TJJ |

## DEFENDANT'S MOTION TO STAY (i) PLANNING/SCHEDULING CONFERENCES AND (ii) ISSUANCE OF AN INITIAL SCHEDULING ORDER

Defendant Deborah Cox, in her official capacity as the duly elected Clerk of Ford County, Kansas, respectfully moves the Court for an order to stay both (i) any planning/scheduling conferences and (ii) the issuance of an initial scheduling order, until the Court has ruled on her pending motion to dismiss Plaintiff's First Amended Complaint. In support of this Motion, Defendant concurrently files a Memorandum in Support herewith.

Respectfully Submitted,

By: /s/ Bradley J. Schlozman
Bradley J. Schlozman (KS Bar #17621)
Mitchell L. Herren (KS Bar #20507)
HINKLE LAW FIRM LLC
1617 North Waterfront Parkway, Suite 400
Wichita, KS  67206
Tel.: (316) 267-2000
Fax: (316) 630-8466
E-mail: bschlozman@hinklaw.com
E-mail: mherren@hinklaw.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I certify that on January 2, 2019, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the e-mail addresses on the electronic mail notice list, including counsel for the Plaintiff.

By: /s/ Bradley J. Schlozman

2