# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, KANSAS; and ALEJANDRO RANGEL-LOPEZ, <br><br> Plaintiffs, <br><br> vs. <br><br> DEBORAH COX, Ford County Clerk, in her official capacity, <br><br> Defendant. | Case No. 2:18-cv-02572-DDC-TJJ |

## DEFENDANT'S RESPONSE TO
## PLAINTIFFS' MOTION TO DISMISS WITHOUT PREJUDICE

Plaintiffs have filed a motion (Doc. 36) to voluntarily dismiss their lawsuit without prejudice.  Defendant does not oppose this motion.

Respectfully Submitted,

By: /s/ Bradley J. Schlozman
Bradley J. Schlozman (KS Bar #17621)
Mitchell L. Herren (KS Bar #20507)
HINKLE LAW FIRM LLC
1617 North Waterfront Parkway, Suite 400
Wichita, KS  67206
Tel.: (316) 267-2000
Fax: (316) 630-8466
E-mail: bschlozman@hinklaw.com
E-mail: mherren@hinklaw.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I certify that on January 28, 2019, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the e-mail addresses on the electronic mail notice list, including counsel for the Plaintiff.

By: /s/ Bradley J. Schlozman