## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

**ALEJANDRO RANGEL-LOPEZ AND
LEAGUE OF UNITED LATIN
AMERICAN CITIZENS, KANSAS,**

       **Plaintiffs,**

**v.**

**DEBORAH COX, FORD COUNTY
CLERK, in her official capacity,**

       **Defendant.**

**Case No. 18-2572-DDC-TJJ**

## ORDER OF DISMISSAL WITHOUT PREJUDICE

    The court grants plaintiffs' unopposed Motion to Dismiss Voluntarily Without Prejudice (Doc. 36). The court dismisses this action without prejudice.

    **IT IS THEREFORE ORDERED BY THE COURT** that plaintiffs' unopposed Motion to Dismiss Voluntarily Without Prejudice (Doc. 36) is granted, and this case is dismissed without prejudice.

    **IT IS SO ORDERED.**

    **Dated this 29th day of January, 2019, at Kansas City, Kansas.**

                           **s/ Daniel D. Crabtree**
                           **Daniel D. Crabtree**
                           **United States District Judge**